## ROBINSON & PONDER *vs.* HOLLAND.

After issue joined, the court will not permit the defendant to withdraw his pleadings for the purpose of demurring *specially.*

CAPIAS case. Narr. Pleas. Issue.

This case was continued on the plaintiff's application, on account of the absence of material witnesses; and, after the continuance, *Frame* for defendant, moved for leave to withdraw his pleadings and demur.

The court granted him the leave, restricting him to a *general* demurrer, on the same principle with the case of *Waples* vs. *M'Gee & Salmons,* (ante 444.)

*Robinson* and *Wootten,* for plaintiffs.

*Frame* and *Ridgely,* for defendant.